

# Fourth Court of Appeals
## San Antonio, Texas

June 14, 2019

No. 04-18-00472-CR

Susan **DONNELL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 17-09-238-CRW
Honorable Russell Wilson, Judge Presiding

# O R D E R

Appellant's reply brief was due June 10, 2019. On that day, appellant filed a motion requesting a nine day extension of time. After consideration, we **GRANT** appellant's request and **ORDER** appellant's reply brief due **on or before June 19, 2019**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of June, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court